

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-12-00206-CR |
| Appellant, | § | Appeal from the |
| v. | § | 204th Judicial District Court |
| OSCAR HOWARD, | § | of Dallas County, Texas |
| Appellee. | § | (TC# F06-15879) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the order dismissing the cause. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.